No. 11–9831.  DIAZ *v.* WYOMING.  Dist. Ct. Wyo., Teton County. Certiorari denied.

No. 11–10166.  DAKER *v.* GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 11–10204.  MASCORRO *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 11–10312.  HUET *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 11–10471.  JOHNSON *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 11–10748.  HINOJOSA *v.* UNITED STATES;
No. 11–10849.  GARCIA *v.* UNITED STATES; and
No. 11–10850.  GALINDO *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.  Reported below: 463 Fed. Appx. 432.

No. 11–10752.  DIGGS *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 11–10840.  CHARLES *v.* FELKER, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 11–10937.  BLACK *v.* RISNER, SHERIFF, ASHLAND COUNTY, OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 11–10989.  CRUZ-LOPEZ *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 11–11146.  HOLMES *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 11–11149.  FEARS *v.* ROBINSON, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 12–6.  TRUDEAU *v.* FEDERAL TRADE COMMISSION.  C. A. 7th Cir.  Certiorari denied.

No. 12–55.  FISHER, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO DECEDENT FISHER, ET AL. *v.* HALLIBURTON ET AL. C. A. 5th Cir.  Certiorari denied.